1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,              Case No.  1:20-cr-00061-DAD

12                 Plaintiff,

13          v.                             ORDER OF RELEASE

14   ZACHARY BETHEL,

15                 Defendant.

16

17

18          The above named defendant having been sentenced on May 11, 2021, to TIME SERVED

19   with a delayed release of Monday May 17, 2021, at 8:00 AM.

20          IT IS HEREBY ORDERED that the defendant Zachary Bethel shall be released to

21   Melissa Bethel, from the Fresno County Jail on Monday May 17, 2021 at 8:00 AM and will then

22   be transported by Ms. Bethel directly to the Teen Challenge program.

23

24   IT IS SO ORDERED.

25      Dated:   __May 11, 2021__          _____

26                                         UNITED STATES DISTRICT JUDGE

27

28
                                       1